**Order issued January 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

———————————————————————

### No. 05-13-00327-CR

———————————————————————

### BRANDON SCOTT BURKE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

## O R D E R

Before Justices FitzGerald, Lang, and Fillmore

Based on the Court's opinion of this date, we **GRANT** the October 8, 2013 motion of Valencia Bush for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Valencia Bush as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Brandon Scott Burke, TDCJ No. 1853758, Connally Unit, 899 FM 632, Kenedy, Texas, 78119.

/s Douglas Lang/
DOUGLAS S. LANG
JUSTICE